# Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JUNE 2024**

E-Filing Number: 2406027425

**01548**

| | |
|---|---|
| PLAINTIFF'S NAME<br>LATEEF COOK | DEFENDANT'S NAME<br>OSTAP BENDER, LLC |
| PLAINTIFF'S ADDRESS<br>39 HORTON HILL ROAD<br>NAUGATUCK CT 06770 | DEFENDANT'S ADDRESS<br>52 SHAWNEE ROAD<br>TRUMBULL CT 06611 |
| PLAINTIFF'S NAME<br>LATEEF COOK | DEFENDANT'S NAME<br>AIRBNB, INC. |
| PLAINTIFF'S ADDRESS<br>39 HORTON HILL ROAD<br>NAUGATUCK CT 06770 | DEFENDANT'S ADDRESS<br>888 BRANNAN STREET<br>SAN FRANCISCO CA 94103 |
| PLAINTIFF'S NAME<br>TAHJ COOK | DEFENDANT'S NAME<br>PENN ESTATES PROPERTY OWNERS ASSOCIATION |
| PLAINTIFF'S ADDRESS<br>39 HORTON HILL ROAD<br>NAUGATUCK CT 06770 | DEFENDANT'S ADDRESS<br>812 MONROE STREET<br>STROUDSBURG PA 18360 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 3 | 3 | [X] Complaint    [ ] Petition Action    [ ] Notice of Appeal<br>[ ] Writ of Summons    [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

CASE TYPE AND CODE

20 - PERSONAL INJURY - OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES    NO |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br><br>JUN **13** 2024<br><br>**C. SMITH** | |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>LATEEF COOK , LATEEF COOK , TAHJ COOK</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>SAMUEL I. REICH | ADDRESS<br>LAFFEY BUCCI<br>1100 LUDLOW STREET<br>SUITE 300<br>PHILADELPHIA PA 19107 |
|---|---|
| PHONE NUMBER<br>(215)525-9552 | FAX NUMBER<br>(215)241-8700 | |
| SUPREME COURT IDENTIFICATION NO.<br>315708 | E-MAIL ADDRESS<br>sreich@laffeybucci.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*SAMUEL REICH* | DATE SUBMITTED<br>Thursday, June 13, 2024, 01:00 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN, LLP**
BY:    SAMUEL I. REICH, ESQUIRE
       GRIFFIN REMICK, ESQUIRE
Identification Nos.:  315708/330652
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 525-9552



*Attorneys for Plaintiffs*

| | |
|---|---|
| LATEEF COOK, Individually and as parent : and natural guardian of TAHJ COOK, a minor<br>39 Horton Hill Road<br>Naugatuck, CT 06770 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |
| VS. | JUNE TERM, 2024<br>NO. |
| OSTAP BENDER, LLC<br>52 Shawnee Road<br>Trumbull, CT 06611-4666 | |
| and | |
| AIRBNB, INC.<br>888 Brannan Street<br>San Francisco, CA 94103 | JURY TRIAL DEMANDED |
| and | |
| PENN ESTATES PROPERTY OWNERS ASSOCIATION<br>812 Monroe Street<br>Stroudsburg, PA 18360 | |

Case ID: 240601548

<u>**NOTICE TO DEFEND**</u>

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgement may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOU LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL and INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-1701

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse do estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días, de plazo al partir de la fecha de la demanda y la notificatión. Hace falta asentar una comparenca escrita o en persona o con un abagado y entregar a la corte en forma escrita sus defensas o sus objecciones a las demandas en contra de su persona. Sea avisado que si usted no de defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificaion Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABAGADO O SI NO TIENE EL DINERO SUFICIENTE DE PARGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENDIADOS DE FILADELFIA
SERVICO DE REFERENCA E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telefono: (215) 238-1701

## **COMPLAINT – CIVIL ACTION**

### *Parties*

1. Plaintiff, Lateef Cook is an adult individual residing at 39 Horton Hill Road, Naugatuck, CT 06770, and parent and natural guardian of Tahj Cook, a minor.

2. Defendant, Ostap Bender, LLC, is a limited liability company with a registered business address at 52 Shawnee Road, Trumbull, CT 06611-4666.

3. At all times material hereto, Defendant, Ostap Bender, LLC, was the owner of the rental property located at 114 Summerton Circle, East Stroudsburg, PA 18301 (hereinafter referred to as "subject property").

3. Defendant, Airbnb, Inc., is a foreign corporation with its headquarters located at 888 Brannan Street, San Francisco, CA 94103, who at all relevant times, engaged in business in Philadelphia County on a regular, systematic and continual basis.

Case ID: 240601548

4.    Defendant, Penn Estates Property Owners Association, Inc., is a domestic non-profit corporation with a registered office address at 812 Monroe Street, Stroudsburg, PA 18360.

5.    At all times material hereto, one or more of Defendants, owned, leased, managed and/or controlled the subject property.

### Facts

6.    At all times material hereto, Defendants had under their care, direction, supervision and/or ownership and/or control the subject property.

7.    On or about April 11, 2023, minor plaintiff sustained serious injuries, more fully described hereinafter, when he accessed the indoor swimming pool at the subject property and fell in due to the lack of safeguards that were created and/or allowed to exist on the subject property.

8.    Minor plaintiff was discovered unconscious in the swimming pool by Shianna Courthan.

9.    Plaintiff's grandfather, David Cook, pulled Tahj Cook from the pool and Shianna Courthan performed 3-5 minutes of chest compressions after which minor plaintiff became responsive and began vomiting chlorinated water.

10.    Said defendants were responsible for the proper and safe maintenance of the subject property.

11.    Upon information and belief, Defendants breached their duties to plaintiff by not maintaining the subject property, ensuring that the locks on the door leading to the pool area were adequate and childproof; permitting said dangerous and unreasonable conditions for a period of time thereby causing an unreasonable hazard which contributed to minor-plaintiff's non-fatal drowning.

12.    Lateef Cook did not sign any waivers for use of the subject property.

Case ID: 240601548

## COUNT I – NEGLIGENCE
## PLAINTIFFS v. ALL DEFENDANTS

13. Plaintiff incorporates by reference all preceding paragraphs of this Complaint, the same as if set forth fully hereinafter.

14. Defendants, by and through its agents, servants, workmen and/or employees, were careless and negligent with respect to the aforementioned incident giving rise to Plaintiff's injuries that are the subject of this lawsuit by:

(a) Allowing a dangerous and defective condition to exist at its property;

(b) Failing to abate the dangerous condition at the property of which they knew or should have known upon a reasonable inspection;

(c) Failing to keep and maintain the property in a reasonably safe condition for its intended use by renters;

(d) Failing to inspect its premises, including the door leading to the swimming pool at reasonable intervals in order to determine the condition thereof;

(e) Disregarding the rights and safety of the plaintiff;

(f) Failing to properly treat and/or abate the hazardous condition present at the subject property prior to Plaintiff's accident;

(g) Failing to eliminate the hazardous condition prior to Plaintiff's accident;

(h) Failing to guard against and warn of the hazardous condition prior to the Plaintiff's accident;

(i) Failing to have the proper/working doors for an indoor pool;

(j) Failing to have proper/working locks preventing access to an indoor pool; and

(k) Failed to comply with various building codes as it relates to having an indoor pool.

Case ID: 240601548

15.    Solely as a result of the negligence of the Defendants, acting jointly and severally, as described in more detail below, Minor-Plaintiff sustained injuries that are serious, severe, disabling and permanent, the full extent of which are presently unknown, including but not limited to: non-fatal drowning; loss of consciousness; left eyelid abrasion; abrasion on right side of chin; subconjunctival hemorrhage in his left eye and few petechiae on his face/neck; nonspecific prominence of perihilar bronchovascular and central interstitial markings bilaterally with subtle bronchial cuffing.

16.    As a direct and proximate result of the conduct of the Defendants named herein, Plaintiff has in the past required, continues to require, and may in the future require, medical treatment and care, and has in the past, continues presently, and may in the future incur the cost of medicines, medical care, hospitalizations, treatment, future operations, testing, and rehabilitation and attempt to alleviate and/or cure her condition.

17.    As a direct and proximate result of the conduct of the Defendants named herein, Plaintiff has in the past, and continues to suffer aches and pains, mental and emotional anguish, fear, loss of well-being and restrictions on his ability to engage in normal activities and pleasures of life, and other intangible losses.

18.    As a direct and proximate result of the conduct of the Defendants named herein, Minor-Plaintiff has and may continue to be disabled and/or limited all to his loss and detriment.

Case ID: 240601548

WHEREFORE, Plaintiff, Lateef Cook, Individually and as Guardian and Natural Parent of Tahj Cook, a minor, claims of all Defendants, jointly and severally, separate sums in excess of fifty-thousand dollars ($50,000), inclusive of delay damages pursuant to Pa.R.C.P. 238, interest and allowable costs of suit and brings this action to recover same.

Respectfully submitted,

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN, LLP**

SAMUEL I. REICH, ESQUIRE
GRIFFIN REMICK, ESQUIRE

*Attorney for Plaintiffs*

Dated: June 13, 2024

Case ID: 240601548

## VERIFICATION

The facts contained in the foregoing pleading are true based upon the signer's personal knowledge or information and belief. If the foregoing contains averments which are inconsistent in fact, signer has been unable, after reasonable investigation, to ascertain which of the inconsistent averments are true, but signer has knowledge or information sufficient to form a belief that one of them is true. This Verification is made subject to the penalties of the 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

LATEEF COOK

Case ID: 240601548

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN, LLP**
BY:    SAMUEL I. REICH, ESQUIRE
       GRIFFIN REMICK, ESQUIRE
Identification Nos.: 315708/330652
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9255
sreich@laffeybucci.com
gremick@laffeybucci.com

*Filed and Attested by the Office of Judicial Records 24 NOV 2024 03:45 pm*

*Attorneys for Plaintiffs*

| | |
|---|---|
| LATEEF COOK, Individually and as parent and natural guardian of TAHJ COOK, a minor : : : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| VS. : | JUNE TERM, 2024 NO. 1548 |
| OSTAP BENDER, LLC, et al. : | |

### AFFIDAVIT OF SERVICE

I, SAMUEL I. REICH, ESQUIRE, being duly sworn according to law, deposes and says that he is the attorney for Plaintiffs in the above matter, that service of Plaintiffs' Complaint was made upon Defendant, Ostap Bender, LLC, on June 21, 2024, as evidenced by a copy of the attached Certified Mail Return Receipt, and that the facts set forth herein are true and correct to the best of my knowledge, information and belief.

LAFFEY, BUCCI, D'ANDREA,
REICH & RYAN, LLP

SAMUEL I. RECIH, ESQUIRE

Attorneys for Plaintiffs

Dated: June 24, 2024

Commonwealth of Pennsylvania - Notary Seal
Michelle Frattali, Notary Public
Philadelphia County
My Commission Expires April 17, 2027
Commission Number 1164510

Case ID: 240601548



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ostap Bender LLC
52 Shawnee Road
Trumbull, CT 06611

9590 9402 7081 1251 0678 44

2. Article Number (Transfer from service label)

7021 1970 0001 2712 7436

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

6.21.24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Case ID: 240601548

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN, LLP**
BY:    SAMUEL I. REICH, ESQUIRE
       GRIFFIN REMICK, ESQUIRE
Identification Nos.: 315708/330652
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9255
sreich@laffeybucci.com
gremick@laffeybucci.com



*Attorneys for Plaintiffs*

| | |
|---|---|
| LATEEF COOK, Individually and as parent and natural guardian of TAHJ COOK, a minor | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| VS. | JUNE TERM, 2024 NO. 1548 |
| OSTAP BENDER, LLC, et al. | |

## AFFIDAVIT OF SERVICE

I, SAMUEL I. REICH, ESQUIRE, being duly sworn according to law, deposes and says that he is the attorney for Plaintiffs in the above matter, that service of Plaintiffs' Complaint was made upon Defendant, Airbnb, Inc., on June 24, 2024, as evidenced by a copy of the attached Certified Mail Return Receipt, and that the facts set forth herein are true and correct to the best of my knowledge, information and belief.

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN, LLP**

_____

SAMUEL I. RECIH, ESQUIRE

Attorneys for Plaintiffs

Dated: June 27, 2024

Commonwealth of Pennsylvania - Notary Seal
Michelle Frattali, Notary Public
Philadelphia County
My Commission Expires April 17, 2027
Commission Number 1164510

Case ID: 240601548



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AIR BNB, Inc.
888 Brannan St.
San Francisco, CA
94103

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7081 1251 0676 46

2. Article Number *(Transfer from service label)*

7021 1970 0001 2712 7429

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☒ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

6-24-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Case ID: 240601548

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# Exhibit "B"

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN, LLP**
BY:    SAMUEL I. REICH, ESQUIRE
        GRIFFIN REMICK, ESQUIRE
Identification Nos.: 315708/330652
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9255
sreich@laffeybucci.com
gremick@laffeybucci.com



*Attorneys for Plaintiffs*

| | |
|---|---|
| LATEEF COOK, Individually and as parent and natural guardian of TAHJ COOK, a minor | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| VS. | JUNE TERM, 2024 NO. 1548 |
| OSTAP BENDER, LLC, et al. | |

### <u>AFFIDAVIT OF SERVICE</u>

I, SAMUEL I. REICH, ESQUIRE, being duly sworn according to law, deposes and says that he is the attorney for Plaintiffs in the above matter, that service of Plaintiffs' Complaint was made upon Defendant, Airbnb, Inc., on June 24, 2024, as evidenced by a copy of the attached Certified Mail Return Receipt, and that the facts set forth herein are true and correct to the best of my knowledge, information and belief.

**LAFFEY, BUCCI, D'ANDREA,**
**REICH & RYAN, LLP**

SAMUEL I. RECIH, ESQUIRE

Attorneys for Plaintiffs

Dated: June 27, 2024

Commonwealth of Pennsylvania - Notary Seal
Michelle Frattali, Notary Public
Philadelphia County
My Commission Expires April 17, 2027
Commission Number 1164510

Case ID: 24060154{



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AIRBNB, INC.
888 Brannan St.
San Francisco, CA
94103

9590 9402 7081 1251 0676 46

2. Article Number *(Transfer from service label)*

7021 1970 0001 2712 7429

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☒ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
6-24-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

888

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Case ID: 240601548

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt